UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| DANCIL, ELLYN MARIE | ) | Case No. 08-18220TUC EWH |
| aka, HAWKINS, ELLYN MARIE | ) | |
| | ) | APPLICATION FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Gayle E. Mills, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10106 | 10/19/2010 | Ellyn Marie Dancil ** <br> 8421 N. Yosemite <br> Tucson, AZ 85704 | $435.09 |

** Check with surplus funds was sent to Debtor at her last known address.

The Trustee asks that an Order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $435.09 to the Clerk of the Court to be deposited in the Registry thereof.

February 14, 2011     /s/ Gayle E. Mills
Date     Gayle E. Mills, Trustee